**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| REGINALD D MIDDLEBROOKS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:26-cv-363-MTT-AGH |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court received Plaintiff's complaint against the Commissioner of Social Security on August 20, 2026 (ECF No. 1). However, Plaintiff failed to pay the filing fee or submit a motion to proceed without payment of the filing fees. Before this action can continue, Plaintiff must either pay the required $405.00 filing fee for civil cases or file a motion for leave to proceed *in forma pauperis*. Plaintiff must comply within fourteen (14) days of the date of this Order. The Clerk is directed to forward all required forms to Plaintiff along with a copy of this Order. Failure to comply with this Order may result in the dismissal of Plaintiff's action. There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 21st day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE